UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

YVONNE MARCHELL SHAVER,              )
                                     )
              Plaintiff,             )
                                     )        **JUDGMENT IN A CIVIL CASE**
       v.                            )
                                     )        **CASE NO. 2:16-CV-31-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,                  )
              Defendant.             )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 27] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 20] is DENIED, defendant's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on August 14, 2017, and Copies To:**

Branch W. Vincent, III                    (via CM/ECF electronic notification)

Mark J. Goldenberg                        (via CM/ECF electronic notification)

DATE:                          PETER A. MOORE, JR., CLERK
August 14, 2017                (By) /s/ Nicole Briggeman
                                Deputy Clerk